| | |
|---|---|
| Matthew L. Lalli (6105)<br>Annika L. Jones (16483)<br>Brandon S. Fuller (17215)<br>**SNELL & WILMER L.L.P.**<br>15 West South Temple, Suite 1200<br>Salt Lake City, Utah 84101-1004<br>Telephone: (801) 257-1900<br>Facsimile: (801) 257-1800<br>mlalli@swlaw.com<br>aljones@swlaw.com<br>bfuller@swlaw.com | Grant R. Mainland (*pro hac vice* forthcoming)<br>Andrew L. Porter (*pro hac vice* forthcoming)<br>Karen Wong (*pro hac vice* forthcoming)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: 212-530-5000<br>Facsimile: 212-530-5219 |

Neal Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

*Attorneys for Plaintiff KalshiEX LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KALSHIEX LLC,<br><br>      *Plaintiff*,<br><br>  v.<br><br>SPENCER J. COX, in his official capacity as Governor of Utah; DEREK BROWN, in his official capacity as Attorney General of Utah; DANIEL BURTON, in his official capacity as Chief Deputy Attorney General and General Counsel of Utah; STEWART YOUNG, in his official capacity as Criminal Deputy Attorney General of Utah; and DOUGLAS CRAPO, in his official capacity as Public Protection Attorney General of Utah,<br><br>      *Defendants*. | **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Case No.: 2:26-cv-00151-RJS |

**PLEASE TAKE NOTICE THAT** Plaintiff KalshiEX LLC, through counsel and based upon an agreement with counsel for Defendants, respectfully withdraws the request for a temporary restraining order in its *Motion and Memorandum of Law in Support of Preliminary Injunction and Temporary Restraining Order* filed on February 25, 2026. [Dkt. 9] (the "**Motion**").

DATED: February 25, 2026

    Respectfully submitted,

    **SNELL & WILMER L.L.P.**

    */s/Matthew L. Lalli*
    Matthew L. Lalli
    Annika L. Jones
    Brandon S. Fuller

    And

    Neal Katyal (*pro hac vice* forthcoming)
    Joshua B. Sterling (*pro hac vice* forthcoming)
    William E. Havemann (*pro hac vice* forthcoming)
    **MILBANK LLP**

    Grant R. Mainland (*pro hac vice* forthcoming)
    Andrew L. Porter (*pro hac vice* forthcoming)
    Karen Wong (*pro hac vice* forthcoming)
    **MILBANK LLP**

    *Attorneys for Plaintiff KalshiEX LLC*