Matthew L. Lalli (6105)
Annika L. Jones (16483)
Brandon S. Fuller (17215)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
mlalli@swlaw.com
aljones@swlaw.com
bfuller@swlaw.com

Grant R. Mainland (*pro hac vice* forthcoming)
Andrew L. Porter (*pro hac vice* forthcoming)
Karen Wong (*pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
GMainland@millbank.com
APorter@millbank.com
Kwong3@millbank.com

Neal Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586
nkatyal@millbank.com
jsterling@millbank.com
whavemann@millbank.com

*Attorneys for Plaintiff KalshiEX LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KALSHIEX LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>SPENCER J. COX, in his official capacity as Governor of Utah; DEREK BROWN, in his official capacity as Attorney General of Utah; DANIEL BURTON, in his official capacity as Chief Deputy Attorney General and General Counsel of Utah; STEWART YOUNG, in his official capacity as Criminal Deputy Attorney General of Utah; and DOUGLAS CRAPO, in his official capacity as Public Protection Deputy Attorney General of Utah,<br><br>    *Defendants*. | **STIPULATED MOTION TO STAY CASE DEADLINES**<br><br>Case No. 2:26-cv-00151-RJS<br><br>Judge Robert J. Shelby |

4926-4646-6962

Pursuant to Federal Rule of Civil Procedure 7 and DU-CivR 7-1, the parties respectfully submit this Stipulated Motion to Stay Case Deadlines, and request the Court enter the Proposed Order submitted herewith. On February 23, 2026 Plaintiff filed its Complaint. On February 27, 2026, Defendants accepted service of the Complaint. Since the filing of the Complaint, the parties have engaged in discussions regarding the issues raised in the Complaint, and respectfully request a stay of all case deadlines to allow the parties to continue those discussions. As set forth in the proposed order, the parties propose to provide the Court a status update within sixty days.

DATED: March 4, 2026.

Respectfully submitted,

**SNELL & WILMER L.L.P.**

*/s/ Annika L. Jones*
Matthew L. Lalli
Annika L. Jones
Brandon S. Fuller

and

Neal Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice* forthcoming)
Andrew L. Porter (*pro hac vice* forthcoming)
Karen Wong (*pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff KalshiEX LLC*

UTAH ATTORNEY GENERAL

<u>/s/ *Joshua Cutler*</u>
Joshua Cutler
Mark C. Gillespie
Assistant Solicitors General
Office of the Utah Attorney General
P.O. Box 140858
Salt Lake City, Utah 84114-0858
 (801) 366-0533
jbcutler@agutah.gov
markgillespie@agutah.gov

*Attorneys for Defendants*

4926-4646-6962