# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KALSHIEX LLC,<br><br>  *Plaintiff*,<br><br>v.<br><br>SPENCER J. COX, in his official capacity as Governor of Utah; DEREK BROWN, in his official capacity as Attorney General of Utah; DANIEL BURTON, in his official capacity as Chief Deputy Attorney General and General Counsel of Utah; STEWART YOUNG, in his official capacity as Criminal Deputy Attorney General of Utah; and DOUGLAS CRAPO, in his official capacity as Public Protection Deputy Attorney General of Utah,<br><br>  *Defendants*. | **ORDER GRANTING STIPULATED MOTION TO STAY CASE DEADLINES**<br><br>Case No. 2:26-cv-00151-RJS-CMR<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion to Stay Case Deadlines (Motion) (ECF 17), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that all case deadlines are stayed pending the parties' discussions. The parties are directed to provide a status update on or before May 4, 2026.

DATED this 5 March 2026.

*/s/ Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah