Matthew L. Lalli (6105)
Annika L. Jones (16483)
Brandon S. Fuller (17215)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
mlalli@swlaw.com
aljones@swlaw.com
bfuller@swlaw.com

Neal Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice* forthcoming)
Andrew L. Porter (*pro hac vice* forthcoming)
Karen Wong (*pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff KalshiEX LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| KALSHIEX LLC,<br><br>      *Plaintiff*,<br><br>    v.<br><br>SPENCER J. COX, in his official capacity as Governor of Utah; DEREK BROWN, in his official capacity as Attorney General of Utah; DANIEL BURTON, in his official capacity as Chief Deputy Attorney General and General Counsel of Utah; STEWART YOUNG, in his official capacity as Criminal Deputy Attorney General of Utah; and DOUGLAS CRAPO, in his official capacity as Public Protection Attorney General of Utah,<br><br>      *Defendants*. | **DECLARATION OF KAREN WONG**<br><br>Case No.: 2:26-cv-00151-RJS |

I, Karen Wong, declare as follows:

1.      I am an attorney at the law firm Milbank LLP, counsel to Plaintiff KalshiEX LLC ("Kalshi") in the above-captioned action.  I submit this declaration in support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of an X post from Defendant Cox's official X account, @GovCox, last edited at 11:21 AM on February 17, 2026.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of an X post from Defendant Cox's official X account, @GovCox, posted at 4:45 PM on February 19, 2026.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of email correspondence between Kalshi's counsel and Defendants, dated February 23, 2026.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of a screenshot of an X post from the Commodity Futures Trading Commission's Chairman, Mike Selig's official X account, @ChairmanSelig, posted at 8:01 AM on February 17, 2026.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: February 25, 2026.


/s/ Karen Wong*

Karen Wong

*e-signed by counsel with permission on 2/25/2026

# EXHIBIT 1

 **Governor Cox** ☑️
@GovCox

Mike, I appreciate you attempting this with a straight face, but I don't remember the CFTC having authority over the "derivative market" of LeBron James rebounds. These prediction markets you are breathlessly defending are gambling—pure and simple. They are destroying the lives of families and countless Americans, especially young men. They have no place in Utah.

Let me be clear, I will use every resource within my disposal as governor of the sovereign state of Utah, and under the Constitution of the United States to beat you in court.



**Mike Selig** ☑️ ⚙️ @ChairmanSelig · Feb 17
I have some big news to announce...

0:10 / 1:11

Last edited 11:21 AM · Feb 17, 2026 · **1M** Views

💬 206        🔁 583        ♡ 4.8K        🔖 463        ⬆️

💬 Read 206 replies

# EXHIBIT 2



**Governor Cox** ✔
@GovCox

Rebranding betting as a financial product doesn't reduce the harm it causes, especially for young men.

We're ready to defend our laws in court and protect Utahns from companies that drive addiction, isolation, and serious financial harm.

More here: deseret.com/utah/2026/02/1...

≜ *DeseretNews.*

## Gov. Cox vows fight to keep prediction markets out of Utah

4:45 PM · Feb 19, 2026 · **19.1K** Views

💬 73          ⟳ 47          ♡ 374          🔖 16          ⬆

💬 Read 73 replies

# EXHIBIT 3

**From:** Porter, Andrew <APorter@milbank.com>
**Sent:** Monday, February 23, 2026 9:14:55 PM
**To:** derekbrown@agutah.gov <derekbrown@agutah.gov>; danburton@agutah.gov <danburton@agutah.gov>; stewyoung@agutah.gov <stewyoung@agutah.gov>; crapo@utahag.com <crapo@utahag.com>
**Cc:** Jones, Annika <aljones@swlaw.com>; Lalli, Matthew <mlalli@swlaw.com>; Sterling, Josh <jsterling@milbank.com>; Havemann, Will <whavemann@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Wong, Karen <KWong3@milbank.com>
**Subject:** KalshiEX LLC v. Cox et. al.

All,

On behalf of our client KalshiEX LLC ("Kalshi"), please see the attached complaint, which was filed this evening in the United States District Court for the District of Utah.

Kalshi intends to seek both a temporary restraining order, and a preliminary injunction, barring the Defendants from enforcing preempted state laws against Kalshi. To avoid burdening the Court and parties with unnecessary motion practice, please inform us as soon as possible, and in all circumstances prior to ***the close of business on February 24, 2026***, if Defendants will agree not to seek enforcement against Kalshi either while the newly-filed action is pending (avoiding the need for Kalshi to seek both a temporary restraining order and preliminary injunction), or while Kalshi's motion for a preliminary injunction is pending (avoiding the need for Kalshi to seek a temporary restraining order).

Additionally, please tell us who future correspondence on this matter should be directed to. If helpful, we are happy to arrange a call with the appropriate individuals to discuss.

Best,
Andrew


Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5361
APorter@milbank.com | milbank.com

# EXHIBIT 4



**Mike Selig** ✔ ⊕
@ChairmanSelig

I have some big news to announce...

8:01 AM · Feb 17, 2026 · **3.7M** Views

💬 570        ⟲ 867        ♡ 2.7K        🔖 698        ⬆️

💬 Read 570 replies

https://x.com/ChairmanSelig/status/2023744651216240966