**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| KALSHIEX LLC,<br><br>Plaintiff,<br><br>v.<br><br>SPENCER J. COX, in his official capacity as Governor of Utah; DEREK BROWN, in his official capacity as Attorney General of Utah; DANIEL BURTON, in his official capacity as Chief Deputy Attorney General and General Counsel of Utah; STEWART YOUNG, in his official capacity as Criminal Deputy Attorney General of Utah; and DOUGLAS CRAPO, in his official capacity as Public Protection Attorney General of Utah,<br><br>Defendants. | **ORDER DENYING MOTION FOR AN INJUNCTION PENDING APPEAL**<br><br>Case No. 2:26-cv-00151<br><br>District Judge Robert J. Shelby |

Before the court is Plaintiff KalshiEX LLC's Motion for an Injunction Pending Appeal.[1] For the reasons explained below, the court denies the Motion as moot.

On August 4, 2026, this court entered an order granting a motion for summary judgment filed by Defendants and denying a motion for a preliminary injunction filed by Plaintiff.[2] Plaintiff subsequently filed a Notice of Appeal the instant Motion.[3] Plaintiff also filed an emergency motion for an injunction pending the appeal with the Tenth Circuit Court of Appeals.[4]

---

[1] Dkt. 70, *Plaintiff's Motion for an Injunction Pending Appeal* (*Motion*).

[2] Dkt. 65, *Memorandum Decision and Order* at 24–25.

[3] Dkt. 67, *Plaintiff's Notice of Appeal*; Dkt. 70, *Plaintiff's Motion for an Injunction Pending Appeal*.

[4] *See KalshiEx LLC v. Cox, et al*., *Order* (Sept. 8, 2026), No. 26-4100, No. 26-4100.

On September 8, 2026, the Tenth Circuit denied Plaintiff's motion for an injunction.[5] Because the Tenth Circuit has denied the same relief Plaintiff seeks here, the court denies the Motion as moot.[6]

SO ORDERED this 14th day of October 2026.

Robert J. Shelby
United States District Court Judge

---

[5] *Id.*

[6] Dkt. 70.